# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | Case No. 2:14-CR-127 (19) |
| : | | |
| **Plaintiff,** : | | |
| v. : | | **JUDGE ALGENON L. MARBLEY** |
| : | | |
| : | | |
| **JOHNATHAN HOLT** : | | |
| : | | |
| **Defendant.** : | | |

## UNITED STATES' TRIAL EXHIBIT LIST

Pursuant to the Court's Scheduling Order (Doc. #1301), the United States, by and through undersigned counsel, respectfully submits the attached list of anticipated exhibits. The United States reserves the right to introduce additional exhibits, if necessary.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/ David M. DeVillers
DAVID M. DEVILLERS (0059456)
Assistant United States Attorney


s/ Kevin W. Kelley
KEVIN W. KELLEY (0042406)
Assistant United States Attorney

# Exhibit List

### 66. Attempted robbery of Family Dollar, 10/17/09
| | |
|---|---|
| 66 | Identification Page |
| 66-1 | CPD Reports |
| 66-3 | Evidence |
| 66-4 | Lab - DNA Analysis |
| 66-5 | Labs |
| 66-6 | Surveillance video |
| 66-7 | Multi colored hoodie |
| 66-8 | Lab – DNA CODIS Match |
| 66-9 | Grey hoodie |

### 67. Attempted robbery of Montgomery and attempted murder of Grigsby,
| | |
|---|---|
| 67 | Identification Page |
| 67-1 | Crime Scene Procedures |
| 67-2 | Photo Log |
| 67-2# | Photos |
| 67-3 | Evidence |
| 67-8 | CPD Report |

### 68. Quincy Battle Murder, 3/24/10
| | |
|---|---|
| 68 | Identification Page |
| 68-1 | Crime Scene Procedures |
| 68-2 | Photo Log |
| 68-2# | Photos |
| 68-3 | Evidence |
| 68-4 | Diagram |
| 68-5 | Lab |
| 68-6 | Autopsy |
| 68-7 | Process of victim |
| 68-7# | Photos |
| 68-9 | 22 Caliber Trace and photographs |
| 68-10 | .22 cal. spent shell casing |
| 68-11 | .38 cal. bullet fragment |
| 68-12 | .38 cal. bullet fragment |
| 68-13 | .22 cal. bullet fragment |
| 68-14 | .22 caliber Walther pistol |

### 137.  Holt is shot and paralyzed, 7/30/10
| | |
|---|---|
| 137-1 | CPD Report |
| 137-2 | CPD Report |

### 140.  Holt Statements
| | |
|---|---|
| 140-1 | Holt statement, 8/26/14 |
| 140-2 | Holt statement, 11/9/15 |

**147. Photographs of tattoos**
- 147-1    Ledbetter
- 147-2    Coates
- 147-3    Harris
- 147-4    Liston
- 147-5    Ussury
- 147-6    Green
- 147-7    Smith - "Cut"
- 147-8    147-8  Smith - "Evil"
- 147-9    Smith - "Throat"
- 147-10   Reynolds Arms
- 147-11   Reynolds Back
- 147-12   Reynolds Front

**150. Jail Phone Calls**
- 150-1 thru 150-1423
- 150-1424 thru 150-1479
- 150-1480
- 150-1481 thru 150-1485

**152. Maps**
- 152-1    Map of Short North

**153. Photographs**
- 153-1 thru 153-326

**154. Photographs used for identification**
- 154-1    Mug Shot Book
- 154-2    Supplemental Photographs

**155. Photographs of defendants**
- 155-1    Robert B. Ledbetter
- 155-2    Lance A. Green
- 155-3    Allen L. Wright
- 155-4    Tysin L. Gordon
- 155-5    Christopher A. Harris
- 155-6    Robert L. Wilson III
- 155-7    Rashad A. Liston
- 155-8    Deounte Ussury
- 155-9    Thomas E. Coates
- 155-10   Ishmael Bowers
- 155-11   Joseph Hill
- 155-12   Freddie K. Johnson
- 155-13   Deshawn Smith
- 155-14   Lance Reynolds
- 155-15   Rastaman A. Wilson

      155-16    Clifford L. Robinson
      155-17    Troy A. Patterson
      155-18    Andre M. Brown
      155-19    Johnathan Holt
      155-20    Christopher V. Wharton

**156. Financial (State Income Tax) Records**
      156-1     Robert B. Ledbetter
      156-2     Lance A. Green
      156-3     Allen L. Wright
      156-4     Tysin L. Gordon
      156-5     Christopher A. Harris
      156-6     Robert L. Wilson III
      156-7     Rashad A. Liston
      156-8     Deounte Ussury
      156-9     Thomas E. Coates
      156-10    Ishmael Bowers
      156-11    Joseph Hill
      156-12    Freddie K. Johnson
      156-13    Deshawn Smith
      156-14    Lance Reynolds
      156-15    Rastaman A. Wilson
      156-16    Clifford L. Robinson
      156-17    Troy A. Patterson
      156-18    Andre M. Brown
      156-19    Johnathan Holt
      156-20    Christopher V. Wharton

**160. Witness Statements, organized by act (Jencks Round 1)**
      **(second # corresponds to overt act #)**

      **160-66.  Attempted robbery of Family Dollar, 10/17/09**
      160-66.01 Witness statements
      160-66.02 Recorded Interview: Jeremy Mazie
      160-66.03 Recorded Interview: Michael Reid
      160-66.04 Recorded Interview:  Derrick Williams

      **160-67.  Attempted robbery of Montgomery and attempted murder of Grigsby, 11/6/09**
      160-67.01 Information Summaries

      **160-68. Quincy Battle Murder, 3/24/10**
      160-68.01 Information Summaries

**163. Witness Statements, organized by individual (Jencks - Trial 3, Round 1)**

**165. Witness Statements, organized by individual (Jencks - Trial 1, Round 2)**

**166. Witness Statements, organized by individual (Jencks - Trial 2, Round 2)**

**167. Witness Statements, organized by individual (Jencks - Trial 3, Round 2)**

**170. Witness Statements, organized by individual (Jencks - Trial 1, Round 3)**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trial Exhibit List was electronically served this 10th day of November, 2016, via email to Keith Golden, attorney for defendant Holt.

s/ David M. DeVillers
DAVID M. DEVILLERS (0059456)
Assistant United States Attorney